76 A.3d 1275

IN THE MATTER OF RODRIGO SANCHEZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 034892000).

October 11, 2013.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 13–108 of **RODRIGO SANCHEZ** of **NEWARK,** who was admitted to the bar of this State in 2001;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (lack of diligence), *RPC* 1.16(d) (failure to protect a client's interests on termination of the representation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.16(d), and *RPC* 8.4(d), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. VA–2012–0012E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RODRIGO SANCHEZ** of **NEWARK** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.